ORIGINAL

United States District Court
Eastern District of New York
225 Cadmen Plaza East
Bklyn New York 11201

Complaint
Jury Trial Demanded

KUNTZ, Civil Rights
4th Amendment
5th Amendment
14 Amendment
Violation Suit

Mrs. Jenedra Binyard
    Plainiff,

- Against -

The Administration of Children Service.
    Mrs. Bernadette Jean Louis
The Bklyn Child Abuse Squad
    Det. John Doe, Jane Doe.



RECEIVED
FEB 28 2013
PRO SE OFFICE

1. I, Mrs. Jenedra Binyard am the above plainiff in this matter.
2. I, Mrs. Jenedra Binyard reside at 631 Decatur St. Bklyn New York 11233
3. The above mentioned defendants conspired together at The Adminstration of Children Service located on Schemerhorne St. Bklyn

4. The above violation occurred on April 27, 2012 at approximately 2:00 pm in the afternoon. Mrs. Bernadette Jean Louis told me to come to her office to talk with her. I complied!

5. We spoke for a while, then I was locked in a room for 5 to 6 hours. There where several detectives that entered the room and started asking questions. I felt very tired, harrassed and disrespected. They also forced me to take a urine sample as well.

6. Mrs. Bernadette Jean Louis conjured along with 2 detectives in putting me in a compromising situation by locking me in a room for 6 hours as though I had committed a crime. Someone shouldn't be treated as an animal in which the way I was treated to create an A.C.S. case against me.

Respectfully Submitted
Mrs. Jenedra Binyard

February 28, 2012